UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 20-20761 |
| Carlos Tovar ) | | |
| Patricia Tovar ) | Chapter: | 13 |
| ) | Honorable Carol A. Doyle | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING THE PLAN

This cause coming to be heard on Motion of the Debtors for entry of an Order modifying the Chapter 13 Plan; IT IS ORDERED:

The motion is GRANTED as follows:

1. The current Chapter 13 plan is amended at 8.1 to state that the Trustee shall not make payments to the U.S. Department of Education for the student loans.

2. Nothing in this Order will require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: July 13, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600